# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                    Plaintiff, <br><br> vs. <br><br> JEFFREY ALLEN STATEN, <br><br>                    Defendant. | CASE NO. 11CR3708-IEG <br><br> **JUDGMENT OF DISMISSAL** <br><br> FILED <br> OCT 17 2011 <br> CLERK, U.S. DISTRICT COURT <br> SOUTHERN DISTRICT OF CALIFORNIA <br> BY                          DEP |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

21:841(a)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 14, 2011

William V. Gallo
U.S. Magistrate Judge